**Order entered May 27, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00518-CV

### HUAN DANG, Appellant

### V.

### HUNG VAN TRAN, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-13968**

### ORDER NUNC PRO TUNC
Before Justices Schenck, Reichek, and Carlyle

Before the Court is appellant's May 27, 2022 motion for emergency relief to stay proceedings in trial court pending interlocutory appeal. We **GRANT** the motion and stay all trial court proceedings at this time. We request appellee to file a response to appellant's emergency motion by **10:00 a.m. on Thursday, June 2, 2022**.

/s/    CORY L. CARLYLE
       JUSTICE